# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LISA S. HINES, | : | Case No. 3:15-cv-330 |
| Plaintiff, | : | District Judge Thomas M. Rose |
| vs. | : | Chief Magistrate Judge Sharon L. Ovington |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

This social security case is presently before the Court on the parties' Joint Motion To Remand. (Doc. #13). The parties stipulate and petition the Court to remand this case under sentence four of 42 U.S.C. 405(g) and to enter Judgment under Fed. R. Civ. P. 58.

The parties agree that upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. The Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, including offering Plaintiff a new hearing before an Administrative Law Judge, and then issuing a decision.

**IT IS THEREFORE ORDERED THAT:**

1. The parties' Joint Motion to Remand (Doc. #13 ) is **GRANTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' stipulation; and

4. The case is terminated on the docket of this Court.

June 8, 2016                                                            THOMAS M. ROSE

                                                    _____
                                                          Thomas M. Rose
                                                 United States District Judge